IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr509-MHT |
| | ) | (WO) |
| BERNADETTE DICKERSON | ) | |

## ORDER

The defendant having stated in open court and under oath on this date that she does not wish to withdraw her guilty plea, it is ORDERED that the motion to withdraw plea (doc. no. 33) is withdrawn.

DONE, this the 20th day of February, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE