IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:14cr509-MHT
                            )           (WO)
BERNADETTE DICKERSON        )
```

### ORDER

It is ORDERED that defendant Bernadette Dickerson's motion for reconsideration (doc. no. 80) is denied. The court ordered mental-health treatment to address, and perhaps identify underlying issues causing, defendant Dickerson's anger issues and difficulty with self-control.

DONE, this the 30th day of April, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE