IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr509-MHT |
| | ) | (WO) |
| BERNADETTE DICKERSON | ) | |

ORDER

Upon consideration of defendant Bernadette Dickerson's motion for early termination of supervised release (doc. no. 84), and the response of the government to the motion, it is ORDERED that the motion is denied.  However, if defendant Dickerson continues to comply with all conditions of supervised release for approximately another year, the court will consider terminating her from supervised release at that time.

DONE, this the 4th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE